| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: ANNE Y. SHIELDS<br>          U.S. MAGISTRATE JUDGE | DATE: 7/20/15<br>TIME: 10:30 AM<br>FTR: 10:49-10:55 |

CASE:  **CV 14-2973 (JFB) (AYS)** Atwood v. Cohen & Slamowitz,LLP et al

TYPE OF CONFERENCE: STATUS

APPEARANCES:    Plaintiff      Mitchell Pashkin

                Defendant      Joseph Francoeur

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for  __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Counsel report that they are essentially finished with paper discovery, and that Plaintiff's deposition will not be necessary.  The deposition of Defendant and, if necessary, one third party deposition are to be completed by August 21, 2015. Counsel are directed to submit a joint status letter on September 4, 2015 (by which date all discovery is presumed to be completed) indicating three alternative dates upon which they and their clients are available to participate in a settlement conference.

SO ORDERED

 /s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge